

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2021

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas
Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings,
L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

On January 20, 2021, appellees/cross-appellants OGE, LLC and Matrix Petroleum, LLC, Matrix
Petroleum Holdings LLC, JAR Resources Holdings L.P., and TMRX Petroleum, LLC filed a Conditional
Motion for Leave to File a Sur-Reply to Repsol's Reply.  The motion is **GRANTED**.

It is so **ORDERED** on this 29th day of January, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court